

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No.    '21 MJ4985 |
| Plaintiff, | ) |
| v. | ) **COMPLAINT FOR VIOLATION OF:** |
| | ) Title 8, USC 1324(a)(1)(A)(ii) |
| | ) Transportation of Illegal Aliens |
| Lucero GONZALES, | ) Title 18, USC 111(a)(1) and (b) Assault |
| | ) on a Federal Officer (Felony) |
| Defendant. | ) |

The undersigned complainant being, duly sworn, states:

Count One

On or about December 24, 2021, within the Southern District of California, defendant Lucero GONZALES, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Naum AMADO-Mendoza, Eleuterio MERINO-Ruiz and Guilebaldo PEREZ-Juarez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

On or about December 24, 2021, within the Southern District of California, defendant Lucero GONZALES, did intentionally and forcibly assault a person with the intent to commit another felony, designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent Gallina, in that Defendant assaulted Agent Gallina while the Agent was engaged in the performance of his official duties, such acts involving use of a dangerous weapon, to wit; defendant used her vehicle in an attempt to run over Agent Gallina; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 27, 2021.

HON. WILLIAM V. GALLO
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Lucero GONZALES

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Naum AMADO-Mendoza, Eleuterio MERINO-Ruiz, and Guilebaldo PEREZ-Juarez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 24, 2021, Supervisory Border Patrol Agent R. Chavez and Border Patrol Agent E. Gallina were performing assigned duties in Brown Field Border Patrol Station's area of responsibility. Agents Chavez and Gallina were wearing agency issue Border Patrol uniform with patches and insignia visible.

At approximately 11:25 AM, Agent Chavez and Gallina were driving westbound on the Otay Lakes Road near the 6.5-mile marker, when Agent Chavez observed a dark colored Ford Edge parked on the side of the road. This area is a known pick-up location used by smuggling organizations due to its rural area and a circumvention point from the Brown Field Border Patrol Checkpoint. Agent Chavez and Gallina observed a male subject holding the rear passenger door open and using hand signals directing several individuals who were concealed behind a dirt mound into the vehicle. This area is approximately 3 miles east of the Otay Mesa, California Port of Entry and approximately 5.5 miles north of the United States/Mexico International Boundary.

Agent Chavez activated his emergency lights and positioned his vehicle in front of the Ford Edge to further investigate the situation. Agent Chavez and Gallina exited the vehicle and approached the driver, later identified as defendant, Lucero GONZALES. As Agent Gallina approached the left rear corner of the Agency vehicle, GONZALES began driving, attempting to circumvent the marked unit on the driver side and drove directly towards Agent Gallina. Agent Gallina drew his assigned Border Patrol pistol out of the holster and gave GONZALES several commands to stop the vehicle. GONZALES slowed down then accelerated toward Agent Gallina's direction. Agent Gallina jumped out of the way of the oncoming vehicle to avoid being hit and lost grip of his pistol. GONZALES continued to ignore Agent Gallina's commands and drove over Agent Gallina's pistol with the left rear tire. Agent Chavez followed in his vehicle after GONZALES as she drove away. Agent Gallina regained his pistol from the ground and informed Agent Chavez that GONZALES tried to run him over. Agent Gallina stayed to search the area and found an individual hiding in the brush. Agent Gallina confirmed

CONTINUATION OF COMPLAINT:
Lucero GONZALES

the individual was left behind by the vehicle. At approximately 10:28 AM, Agent Gallina placed the individual under arrest.

At approximately 10:28 AM, Agent Chavez observed GONZALES, drive into a dirt berm causing the vehicle to sightly launch into the air. Agent Chavez initiated a vehicle stop on GONZALES. GONZALES failed to yield, driving approximately four to five miles an hour and then accelerating to approximately 25 and 35 miles an hour continuing west on Otay Lakes Road into a residential area in Chula Vista, California.

At approximately 10:32 AM, GONZALES stopped the vehicle approximately 50 yards east of the Otay Lakes Road and Hunte Parkway intersection due to both right tires now being flat. Agent Chavez observed GONZALES and multiple individuals exit the vehicle and run westbound towards Hunte Parkway. Agent Chavez detained three individuals still in the vehicle. Agent Chavez identified himself as a Border Patrol Agent and performed an immigration inspection. Agent Chavez determined the individuals, including one material witness, Eleuterio MERINO-Ruiz, to be citizens and nationals of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 10:33 AM, Agent Chavez placed all three individuals, including MERINO, under arrest.

At approximately 10:35 AM, a concerned citizen notified Agent Chavez that she witnessed three individuals running up the hill from the Otay Lakes Road and Hunte Parkway intersection. At approximately 10:40 AM, Customs and Border Patrol Air and Marine aerial surveillance obtained visual of three individuals attempting to conceal themselves in the surrounding brush.

Agent A. Feldenzer and C. Ruvalcaba responded to the area and Agent Feldenzer encountered one individual. At approximately 11:40 AM, Agent Feldenzer placed the individual under arrest. Agent Ruvalcaba was able to catch up to the other two individuals, later identified as material witnesses, Nahum AMADO-Mendoza and Guil PEREZ-Juarez. Agent Ruvalcaba while in his full rough duty uniform with Agency Patches and badge visible performed an immigration inspection. Both AMADO and PEREZ stated that they are citizens of Mexico without proper immigration documents allowing them to enter or remain in the United States legally. At approximately 10:44 AM, Agent Ruvalcaba placed AMADO and PEREZ under arrest.

Agent Chavez noticed a black and white Vans shoe in the middle of the eastbound lanes of Otay

CONTINUATION OF COMPLAINT:
Lucero GONZALES

Lakes Road where GONZALES was last known to be running. Agent Chavez observed a female with one shoe, who appeared to be GONZALES, walking north on Hunte Parkway. When GONZALES saw Agent Chavez, she started running, but stopped and complied with his commands. At approximately 11:00 AM, Agent Chavez placed GONZALES under arrest. Agent Chavez noticed keys hanging from GONZALES neck. At approximately 10:45 PM, Border Patrol Agent J. Larson took the keys that were found in GONZALES possession and confirmed they are the vehicle keys for this event.

Material witnesses, Naum AMADO-Mendoza, Eleuterio MERINO-Ruiz, and Guilebaldo PEREZ-Juarez, stated they are citizens of Mexico present in the United States without proper documentation allowing them to enter or remain in the United States legally. AMADO, MERINO and PEREZ stated they would pay between $9,500 to $32,000 USD if successfully smuggled into the United States. MERINO and PEREZ stated that after reaching the highway one of the individuals in the group called someone so they could send a vehicle to pick them up. AMADO stated that after reaching the lake two of the individuals in the group who were the foot-guides, called someone so they could send a vehicle to pick them up and return walking to Mexico. MERINO and PEREZ stated that a few minutes after making the call a dark vehicle arrived. AMADO and MERINO stated that upon arriving, the driver, who they said was a young female, honked the horn. MERINO and PEREZ stated the group came out of the hiding spot and boarded the vehicle. AMADO and PEREZ stated that at the same time the group was getting into the vehicle he noticed a Border Patrol vehicle was approaching their location. PEREZ stated the driver who he described as a skinny, young female, accelerated, and left the scene. AMADO stated that after seeing the patrol vehicle, the driver drove away so fast that one of the migrants was not able to get into the vehicle and stayed behind. AMADO, MERINO, and PEREZ stated they traveled in the vehicle for approximately 10 minutes when the vehicle suddenly stopped. PEREZ stated the vehicle stopped because they crashed. AMADO, MERINO, and PEREZ stated individuals in the group got out and ran away including the driver of the vehicle.

CONTINUATION OF COMPLAINT:
Lucero GONZALES

All material witnesses were shown a photographic lineup and AMADO was able to positively identify the defendant, Lucero GONZALEZ, as the driver of the vehicle.

Executed on December 25, 2021 at 8:35 AM.

Enrique Cadena
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 4 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 24, 2021, in violation of 18 USC 111(a)(1), 8 USC 1324(a)(1)(A)(ii).

WILLIAM V. GALLO
United States Magistrate Judge

**09:00, Dec 25, 2021**

Date/Time